**IN AND FOR THE THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY FLORIDA
SMALL CLAIMS**

**ETHEL BROWN,**

**Plaintiff,** **CASE NO.**

**vs.**

**FROST-ARNETT COMPANY,**

**Defendant.**

_______________________________________/

**COMPLAINT**

Plaintiff, Ethel Brown ("Plaintiff"), files this lawsuit against Defendant, Frost-Arnett Company ("Defendant"), and alleges as follows.

1. This is an action for damages that are more than $1,000 but less than $2,500, exclusive of attorneys' fees and costs.

2. This action arises out of Defendant's violations of Florida's Consumer Collection Practices Act, Fla. Stat. §§ 559.55 *et seq.* ("FCCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA").

3. Jurisdiction and venue are conferred by Fla. Stat. § 559.77 and 15 U.S.C. § 1692i.

4. At all times material, Plaintiff was a resident of Hillsborough County, Florida.

5. At all times material, the conduct of Defendant complained of below occurred in in Hillsborough County, Florida.

6. At all times material, Defendant engaged in its usual and customary business, including its dealings with Plaintiff, within Hillsborough County, Florida.

## PARTIES

7. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) and the FCCPA.

8. Defendant is a company with its principal place of business in Tennessee that does business in Hillsborough County, Florida, including its dealings with Plaintiff, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) and a "person" as that term is defined by the FCCPA.

## STATEMENT OF FACTS

9. On September18, 2014, the Defendant sent or caused to be sent to Plaintiff, via U.S. Mail, a letter attempting to collect a debt incurred by Plaintiff for primarily personal, family or household purposes (hereinafter the "Debt Collection Letter"). A copy of the Debt Collection Letter is attached hereto as **Exhibit A**.

10. The Debt Collection Letter claims that a total of $699.34 is owed by the Plaintiff for "Account Number: HCC534."

11. The Debt Collection Letter then claims that Plaintiff owes two debts for which it identifies the creditor as Greater FL Anesthesiologists and identifies different account numbers for each respective debt.

12. The Debt Collection Letter also claims Plaintiff owes $93.44 for "PREVIOUS DEBTS," but fails to provide the identity of the creditor, the account number, or any other identifying information.

13. Nowhere in the Debt Collection Letter does Defendant identify the specific creditor(s) that Plaintiff owed money to for the "Previous Debts" nor did Defendant identify exactly how many creditors Defendant was collecting for, how much money Plaintiff allegedly owed to each creditor, or the subject matter of the alleged debt(s) that Defendant was collecting under the guise of "Previous Debts."

14. The Debt Collection Letter was patently confusing and misleading on its face, especially to the least sophisticated consumer, as Plaintiff was unable to determine either the identity of any creditor or the amount owed to any specific creditor for the "Previous Debts."

15. Further, as a result of Defendant's failure to identify the specific creditor(s) on whose behalf Defendant was attempting to collect the "Previous Debts," if Plaintiff or any unsophisticated consumer actually paid the amount requested in the Debt Collection Letter for the "Previous Debts," she or they would not have any idea what debt was paid and what, if any, debts remained outstanding – all they would know is that they paid off the balance of $93.44 for "Previous Debts."

16. Additionally, Plaintiff or an unsophisticated consumer who complied with the Debt Collection Letter's request would have no record of payment to any specific creditor for the "Previous Debts," which would force such person to rely on Defendant for later verification that the debts were satisfied.

17. It was patently misleading, unfair, abusive and misrepresents the character of the debt for Defendant to purposefully omit the specific names of the creditor(s) and fail to identify the specific amount owed to each creditor(s) for the "Previous Debts." The FDCPA does not require an unsophisticated consumer to rely on past notices, bills, or letters in order to understand the character of the debt being collected.

**COUNT I**

**Violations of FDCPA**

18. Each and every allegation contained in paragraphs 1 through 17 of this Complaint is repeated, realleged and incorporated herein by reference.

19. The acts and practices complained of in this Complaint violate 15 U.S.C. §§ 1692e(2)(A), 1692e, 1692e(10), 1692g(a), and 1692g.

20. By virtue of the foregoing, the Plaintiff is entitled to recover damages as prayed for herein.

WHEREFORE, Plaintiff requests that the Court enter judgment in her favor for:

i. The maximum amount of statutory damages pursuant to 15 U.S.C. § 1692k;

ii. Attorneys' fees, litigation expenses and costs pursuant to 15 U.S.C. § 1692k(a)(3); and

iii. For such other and further relief as the Court deems just and proper.

**COUNT II**

**Violations of FCCPA**

21. Plaintiff incorporates by reference paragraphs 1 through 17 of this Complaint as though fully stated herein.

22. The foregoing acts and omissions of Defendant constitute violations of the FCCPA including, but not limited to:

a. Fla. Stat. 559.72(9): ... assert the existence of some other legal right when such person knows that the right does not exist.

23. As a result of Defendant's violations of the FCCPA, pursuant to Fla. Stat. § 559.77 Plaintiff is entitled to damages, including but not limited to statutory damages in an amount up to $1,000.00 for each violation of the FCCPA, plus reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment for damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

**Date:** 10-24-14

Jon Dubbeld, Esq.
jdubbeld@dispartilaw.com
Fla. Bar. No. 105869
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
Ryan C. Hasanbasic, Esq.
Fla. Bar No. 44119
2154 Duck Slough Blvd. Suite 101
Trinity, Florida 34655
(813) 221-0500
(813) 228-7077 (Facsimile)
*Attorneys for Plaintiff*

# EXHIBIT A

1SDCAFA09
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED




September 18, 2014

MAIL ALL CORRESPONDENCE TO:

FROST- ARNETT COMPANY
PO Box 198988
Nashville TN 37219-8988

HCC534-0Z1 @@@ 404495012

Ethel D Brown
9320 N 20th St
Tampa FL 33612-8624

Signature of Card Holder ___ Date __/__/__

Card Holder Name ___ $ ___ Pmt Amt

Card Number Plus 3 Digit Security Code (on back of card) ___ Exp Date __/__

***Detach Upper Portion and Return with Payment***

**This is a communication from a debt collector.**
**This is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**

Ethel D Brown
Account Number: HCC534
Total Balance: $699.34

YOU OWE: GREATER FL ANESTHESIOLOGISTS 4946887.2 386.00
GREATER FL ANESTHESIOLOGISTS 4946887.1 219.00
PREVIOUS DEBTS 93.44

**IMPORTANT COLLECTION NOTICE**

Your account has been placed with this agency for collection.

Please mail your remittance to our office so this matter may be resolved. If you are unable to pay in full at this time, you should contact this office to request payment arrangements.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

1SDCAFA090Z1

NOTICE: When you pay your bill by check, you authorize us to electronically process your payment. If your check is processed electronically, your checking account may be debited on the same day we receive the check, and it will not be returned with your checking account statement. If someone other than you or a bill paying service pays your bill, you must give a copy of this notice to them before the payment is sent to us. Any check returned for insufficient funds or account closed will be assessed a processing fee pursuant to state laws unless otherwise prohibited by state or federal law.

*FROST – ARNETT COMPANY ♦ ELMHURST PLAZA 1327B E BROADWAY ST CAMPBELLSVILLE, KY 42718 ♦ (502)716-5299/(888)536-2680*